**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

       v.                     Case No. 6:18-cr-233-Orl-37GJK
                                            (Forfeiture)

**BRIAN KUCHARSKI**

**UNITED STATES' MOTION FOR ENTRY
OF ORDER OF FORFEITURE**

The United States respectfully moves this Court, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), to enter an order of forfeiture in the amount of $64,000, representing the amount of proceeds the defendant obtained as a result of his mail fraud offense, which, upon entry, should become final as to the defendant. In support thereof, the United States submits the following memorandum of law.

**MEMORANDUM OF LAW**

**I.    Statement of Facts**

    1.    On October 15, 2018, a one count Information was filed. Count One charged the defendant with mail fraud, in violation of 18 U.S.C. § 1341. Doc. 1. The Information also contained forfeiture allegations, which noticed the defendant that the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), would seek to forfeit any property, real or personal, which constituted or was derived from proceeds traceable to said violation.

Specifically, the United States sought a forfeiture money judgment in the amount of $64,000.  Id. at 5.

2. On October 15, 2018, the United States and the defendant entered into a plea agreement.  Doc. 3.  In paragraph 122 of his plea agreement, entitled "Forfeiture of Assets," the defendant agreed that he obtained $64,000 in proceeds as a result of the offense charged in Count One.  Id. at 9.

3. On November 6, 2018, the defendant pled guilty to Count One of the Information.  Doc. 14.  On November 16, 2018, the Court accepted the plea of guilty and adjudicated the defendant guilty as to Count One.  Doc. 24.  The defendant is scheduled to be sentenced on March 4, 2019.  Doc. 25.

**II.    Applicable Law**

The Court's authority to order forfeiture of property for mail fraud offenses, in violation of 18 U.S.C. § 1341, is found in 18 U.S.C. § 981(a)(1)(C).  Section 981(a)(1)(C) provides for the civil forfeiture of any property, real or personal, which constitutes or is derived from proceeds from any offense constituting "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7), or a conspiracy to commit such offense.  The term "specified unlawful activity" includes any act or activity constituting an offense listed in section 1961(1)(B).  18 U.S.C. § 1956(c)(7)(A).  Specifically, section 1341 is included in section 1961(1).  Although section 981(a)(1)(C) is a civil forfeiture statute, 28 U.S.C. § 2461(c) authorizes the criminal forfeiture of any property that can be forfeited civilly using

the procedures for the criminal forfeiture and disposition of property set forth in 21 U.S.C. § 853. Section 853(a) provides that any person convicted of a pertinent offense "shall forfeit to the United States," among other things, "property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation."

### III.    Factual Basis

The defendant admitted in the Factual Basis of the Plea Agreement that beginning in or about a date unknown, and continuing through on or about May 9, 2018, the defendant knowingly and willfully used the United States Postal Service (USPS), in violation of 18 U.S.C. § 1341 (mail fraud). Specifically, the defendant and his accomplice created eBay accounts using stolen and fraudulently obtained personal identifying information, including names and dates of birth, of innocent individuals. The defendant negotiated the fraudulent sale of products, predominantly gift cards, through eBay Inc. (eBay). The eBay customers paid for the items through fraudulent PayPal accounts created by the defendant and a known accomplice. Factual Basis at 22.

Instead of mailing the purchased items to the customers, the defendant and his accomplice used the USPS to disguise his fraudulent activities. *Id.* at 23. To that effect, the defendant and his accomplice mailed random items to other innocent individuals, and used the USPS tracking numbers to represent to eBay and its customers that they had mailed the purchased items. Ultimately,

the victims never received the purchased items, and eBay routinely denied their demands for refund.  Further, the defendant used the fraudulently obtained proceeds of his illegal activities to purchase precious metals, which were delivered to him and his accomplice via the USPS.  *Id.*

There are an estimated total of 506 victims and $64,000 in estimated loss to those victims.  *Id.*

### IV.  Conclusion

WHEREFORE, the United States respectfully requests that this Court enter an Order of Forfeiture for the $64,000 in proceeds the defendant admits he fraudulently obtained as a result of his mail fraud scheme, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

The United States further requests that, because the $64,000 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), forfeiture of any of the defendant's property up to the value of the proceeds obtained.

As required by Rule 32.2(b)(4)(B), the United States further requests that the Court include the forfeiture when orally announcing the sentence, and include

the forfeiture order in the judgment.  See *United States v. Kennedy*, 201 F.3d 1324, 1326 (11th Cir. 2000) and Fed. R. Crim. P. 32.2(b)(4)(A) and (B).

            Respectfully submitted,

            MARIA CHAPA LOPEZ
            United States Attorney


By: *s/Suzanne Nebesky*
    SUZANNE NEBESKY
    Assistant United States Attorney
    Florida Bar Number 59377
    400 N. Tampa Street, Ste. 3200
    Tampa, Florida  33602
    (813) 274-6000 – telephone
    (813) 274-6220 – facsimile
    E-mail: Suzanne.nebesky@usdoj.gov

## CERTIFICATE OF SERVICE

 I hereby certify that on February 19, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Rick L. Jancha, Esquire

            s*/Suzanne Nebesky*
            SUZANNE NEBESKY
            Assistant United States Attorney