# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

BRIAN KUCHARSKI

Case Number: 6:18-cr-233-Orl-37GJK

USM Number: 71323-018

Rick Lee Jancha, Esq.
189 S Orange Ave Ste 1800
Orlando, FL 32801-3261

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count One of the Information. The defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18 U.S.C. §§ 1341 and 2 | Mail Fraud | May 9, 2018 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

June 10, 2019

ROY B. DALTON, JR.
UNITED STATES DISTRICT JUDGE

June 13, 2019

Brian Kucharski
6:18-cr-233-Orl-37GJK

# PROBATION

The defendant is hereby placed on probation for a term of three (3) years.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, the Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.
4. You must cooperate in the collection of DNA as directed by the probation officer.
5. You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.
6. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
7. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
8. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

AO 245B (Rev. 11/16) Judgment in a Criminal Case

Brian Kucharski
6:18-cr-233-Orl-37GJK

9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:_____     Date:_____

Brian Kucharski
6:18-cr-233-Orl-37GJK

## ADDITIONAL CONDITIONS OF PROBATION

The defendant shall also comply with the following additional conditions of probation:

- The defendant shall participate in the Home Detention program for a period of six (6) months. During this time, the defendant will remain at the defendant's place of residence except for employment and other activities approved in advance by the Probation Office. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on the defendant's ability to pay.

- The defendant shall perform 100 hours of community service as a condition of supervision in lieu of paying a fine.

- The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the probation officer. The defendant shall provide the probation officer access to any requested financial information.

- The defendant shall serve 60 days, which may be served on weekends, at the Alternative to Incarceration Program at the Brevard County Sheriff's Work Farm, 2955 Pluckebaum Road, Cocoa, Florida. While at the "Farm," the defendant shall abide by all the rules and regulations of the program.

- The defendant shall cooperate in the collection of DNA, as directed by the Probation Officer.

AO 245B (Rev. 11/16) Judgment in a Criminal Case

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

|  | **Assessment** | **JVTA Assessment [1]** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $100.00 | N/A | Waived | $63,483.52 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | **Restitution Ordered** |
|---|---|
| Ebay<br>Attn: Christian Hardman<br>583 W. Ebay Way,<br>Draper, UT 84020-5200 | $20,777.58 |
| PayPal<br>Attn: Jake Ruzicka<br>2211 North First Street,<br>San Jose, CA 95131 | $21,092.77 |
| 103 individual victims - See attached chart for payees | $21,613.17 |

## SCHEDULE OF PAYMENTS

The defendant shall begin making payments of $200.00 per month and this payment schedule shall continue until such time as the Court is notified by the defendant, the victim or the government that there has been a material change in the ability to pay. **The Court finds that the defendant does not have the ability to pay interest and the Court waives the interest requirement for the restitution.**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk, U.S. District Court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

---

[1] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 11/16) Judgment in a Criminal Case

Brian Kucharski
6:18-cr-233-Orl-37GJK

### Joint and Several

Restitution shall be paid jointly and severally with Jolanta Kucharski in case number 6:19-cr112-Orl-37LRH.

## FORFEITURE

Defendant shall forfeit to the United States those assets previously identified in the Order of Forfeiture (Doc. 28), that are subject to forfeiture.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

AO 245B (Rev. 11/16) Judgment in a Criminal Case

# Individual Victims and Restitution Ordered

| Victim Initials | Restitution Ordered |
|---|---|
| A.P. | $157.67 |
| N.G. | $190.00 |
| R.L. | $340.00 |
| T.T. | $171.00 |
| A.P. | $260.00 |
| T.B. | $231.00 |
| G.D. | $165.00 |
| R.A. | $160.00 |
| W.H | $157.00 |
| A.E. | $275.00 |
| E.G. | $169.00 |
| S.N. | $199.00 |
| K.P. | $160.00 |
| J.K. | $200.00 |
| L.P. | $165.00 |
| A.V. | $405.00 |
| I.M. | $163.00 |
| S.D. | $157.00 |
| R.C. | $300.00 |
| B.T. | $250.00 |
| W.M. | $158.00 |
| D.T. | $300.00 |
| M.E. | $312.00 |
| T.A. | $385.00 |
| T.F. | $379.00 |
| H.U. | $155.00 |
| D.B. | $370.00 |
| R.R. | $220.00 |
| V.D. | $170.00 |
| V.S. | $170.00 |
| R.W. | $180.00 |
| V.D. | $173.00 |
| A.V. | $165.00 |
| B.M. | $392.00 |
| T.A. | $165.00 |
| W.H. | $158.00 |
| B.S. | $167.00 |
| H.T. | $160.50 |
| V.C. | $170.00 |
| J.B. | $170.00 |
| D. @ Nat. IT Co. | $161.00 |
| M.L. | $170.00 |
| K.S. | $158.00 |
| C.Y. | $158.50 |
| J.S. | $162.00 |
| S.C. | $160.00 |
| B.S. | $156.00 |
| N.R. | $266.00 |
| K.S. | $168.00 |
| D.S. | $250.00 |
| W.D. | $174.00 |
| J.L. | $161.00 |
| J.S. | $156.00 |
| B.N. | $370.00 |
| E.M. | $380.00 |
| T.R. | $170.00 |
| T.S. | $160.00 |
| V.T. | $399.00 |
| P.M. | $260.00 |
| S.K. | $157.00 |
| B.R. | $180.00 |
| S.S. | $167.00 |
| R.S. | $180.00 |
| J.R. | $160.00 |
| F.B. | $250.00 |
| SC.W. | $166.00 |
| B.J.B. | $205.00 |
| J.P. | $169.00 |
| D.H. | $280.00 |
| H.X. | $172.00 |
| R.B. | $305.00 |
| B.H. | $400.00 |
| D.O. | $60.00 |
| V.P. | $159.00 |
| R.R. | $164.00 |
| C.X. | $164.00 |
| B.R. | $390.00 |
| M.C. | $170.00 |
| M.S. | $169.00 |
| S.G. | $160.00 |
| S.K. | $159.00 |
| A.K. | $160.00 |
| J.F. | $185.00 |
| S.M. | $157.00 |
| E.L. | $165.00 |
| M.Y. | $168.00 |
| P.M | $250.00 |
| M.S. | $265.00 |
| J.M. | $159.00 |
| M.R. | $175.00 |
| C.B. | $49.00 |
| J.Y. | $385.00 |
| P.Q. | $300.00 |
| Y.P. | $410.00 |
| K.H. | $165.00 |
| P.H. | $165.00 |
| G.R. | $171.00 |
| C.U. | $165.00 |
| T.Y | $401.00 |
| A.A. | $165.00 |
| S.J. | $175.00 |
| P.M. | $158.50 |